UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CEDRIC SPEARS (#352089)

VERSUS

CHARLES HENYARD, ET AL

CIVIL ACTION

NO.11-136-BAJ-DLD

# RULING AND ORDER OF DISMISSAL

The Court, having carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated January 24, 2012 (doc. 8) to which no objection has been filed, hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that this action be, and is, hereby **DISMISSED** for failure to comply with the court's scheduling order and for failure to prosecute pursuant to Federal Rule of Civil Procedure 16(f), and Local Rule 41.2, respectively.

Baton Rouge, Louisiana, February 24, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA